UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JEANETTE MACKEN and RICHARD
DORFSCHMIDT,

                        Plaintiffs,

    v.

DMK & ASSOCIATES, L.L.C.,

                        Defendant.

ORDER

08-cv-416-bbc

---

    Plaintiffs request the clerk of court to enter default against defendant DMK & Associates, L.L.C. pursuant to Fed. R. Civ. P. 55(a). As Plaintiffs have subsequently filed a motion to withdraw their motion for entry of default, see dkt #18, the motion for entry of default is DENIED as moot. The Court will address plaintiffs' motion to withdraw default judgment in a subsequent ruling.

    Entered this 1st day of October, 2008.

                                            /s/ Joel W. Turner
                                            Joel W. Turner
                                            Acting Clerk of Court